```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
           HOUSTON DIVISION
```

| | | |
|---|---|---|
| M/S NAJAAT WELFARE FOUNDATION, THROUGH ITS PATNAR IN CHIEF ASRAR AHMAD CHISHTI, CHAIRMAN MRS. UZMA MAQBOOL, DR. TANVEER HUSSAIN, INT. COORDINATOR, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-4484 |
| NARENDRA MODI and GOVERNMENT OF INDIA, | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM, RECOMMENDATION AND ORDER**

The Court has conducted a de novo review of the Magistrate Judge's Memorandum, Recommendation and Order to which Plaintiffs have filed an objection. The court concludes that the Memorandum, Recommendation and Order should be adopted.

Plaintiffs' claims will be dismissed by separate order.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** this 20th day of March, 2020, in Houston, Texas.

```
          SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE
```